EXHIBIT 1

EXHIBIT 1



**inside**

CO

Call Me Today !!!
702-528-2559

Enter email address...



### Henderson

**ASK ME A QUESTION**

Do you have questions you need Answered?



Name

Email

Have a Question?



**MATT FARNHAM**
A Winning Approach to Your Move

## Posts Tagged 'henderson property tax'

### Attention: Clark County Homeowner's ... Disagree with your new Assessed Value?

Monday, January 4th, 2010

Everyone recently recieved a little notice from the County notifying you of your new property value assessement for 2010. Below is some really good information if you aren't sure about the value or feel the value is higher than your property is truly worth. Read on ...

### Property owners need to act swiftly to challenge values

The county recently mailed cards telling people of their assessed values.

Those who disagree with the assessed property value listed on the notice have until Jan. 15 to file an appeal.

The county Board of Equalization decides whether the appeals have merit.

And it sticks to the deadline.

"The deadline is statutory," said Michele Shafe, assistant county assessor. "We're not the ones that picked January 15. The Legislature did that."

Appeals filed late are sent to the district attorney's office to decide whether anything justifies the tardiness, Shafe said. Usually the deadline is upheld.

Some people have accused the county of setting the deadline right after the holidays to sneak tax assessments past residents, she said.



I am an expert in:

Henderson Real Estate

Company Info



RE/MAX Excellence
1409 E. Sunset Rd. Suite
200
Henderson, NV
702-314-6833

National Stats

Median Prices:
New Home State $370,000

Existing Home Sale $290,50

Tags
distressed henderson
homeowner
distressed las
vegas homeowner
first time home
buyer first time
homebuyer or
Henderson first time
homebuyer of
first time
homebuyer or
distressed
homebuyer or
credit crunch
henderson
bank owned

Some people have accused the county of setting the deadline right after the holidays to sneak tax assessments past residents, she said.

In truth, she said, the early deadline is designed to give counties enough time to wrap up tax-related business, including appeals, before they submit preliminary budgets in April to state tax authorities.

Anyone who wants to appeal should call the assessor's office immediately and request the proper form, said Carole Vilardo, president of the Nevada Taxpayers Association.

"Be sure you have the appeal form sent to you and make sure it's in by the deadline," Vilardo said.

When requesting the form, those seeking an appeal should explain to the worker why they think a discrepancy exists, Vilardo said.

Sometimes an assessor makes an error that can be quickly cleared up, such as listing an extra bedroom or a nonexistent swimming pool, Vilardo said.

Shafe said talking with staffers is truly in the residents' best interest.

In the spring, 4,577 property owners who appealed won a reduction in their property values; 1,452 were denied an adjustment.

Among the winners, 4,228 presented their cases to staff members, Shafe said. A representative then spoke in their behalf to the Board of Equalization.

Homeowners can expect modest savings at best.

Someone with a house worth $100,000 might get the taxes trimmed by $100 if the value is reduced by $10,000 and $300 if it's reduced by $30,000, said Laura Fitzpatrick, county treasurer.

CLICK HERE TO READ ENTIRE ARTICLE write by Scott Wyland, Las Vegas Review-Journal

**For more details about appealing your assessed values, read the booklet "Understanding Nevada's Property Tax System," published by the Nevada Taxpayers Association. It can be viewed at: http://www.nevadataxpayers.org**

Tags: appeal my taxes, clark county property tax appeal, distressed henderson homeowner, distressed las vegas homeowner, henderson property tax, henderson tax assessment, las vegas property tax, las vegas tax assessment

Posted in Distressed Homeowners | 1 Comment »



ResidenLV

FAQ - what's the difference between a "short sale," "foreclosure," and "REO?" Contact me and I'll be happy to explain.
37 days ago

gmail down for anyone else?
37 days ago

LeBron James is just silly good. Anyone else see that 4th Quarter performance? I love DVR!
34 days ago

Start Your Home Search

Click

RECENTLY ASKED QUESTIONS

ARCHIVES
February 2010
January 2010

MARKET RECAP

Las Vegas Area Golf Course Homes | Short Sales in Henderson | Henderson Bank Owned Homes

- Home
- About Me
- IRE Main Page



**Search**

Enter email address...



Follow My Blog

Home // Attention: Clark County Homeowner's ... Disagree with your new Assessed Value?

Call Me Today !!!
702-528-2559

# Henderson

**Real Estate**

**Henderson Hot Topics**

- Housing Market
- First Time Home...
- Distressed...
- Short Sales
- Bank Owned Homes
- Investment
- Golf Course Homes
- Questions and...

**Market Trends:**

- ➤ Ave. Home Sale: $379,000
- ➤ Ave. Days on Market: 69

**|**

## Tags

distressed henderson homeowner distressed las vegas homeowner first time home buyer
first time homebuyer in Henderson first time home buyer in las vegas first time
homebuyer tax credit first time home buyer tax credit foreclosure henderson
bank owned homes Henderson First Time Home Buyer henderson golf
course homes henderson golf home henderson golf homes henderson homebuyer henderson home
buyer henderson housing Henderson Housing Market Henderson Real
Estate henderson real estate market henderson reo henderson short
sale Housing Market update how do i short sale investing in henderson real estate investing in las vegas real estate
las vegas bank owned homes Las Vegas First Time Home Buyer las vegas golf
home las vegas golf homes las vegas homebuyer las vegas home buyer las vegas housing Las
Vegas Housing Market Las vegas housing market update las vegas investment las vegas
real estate Las Vegas Real Estate Market las vegas reo las vegas
short sale move up buyer tax credit short sale short sale in henderson short sale in las
vegas southern nevada short sale what is a short sale

**Search**



# Posts Tagged 'henderson property tax'

**Attention: Clark County Homeowner's ... Disagree with your new Assessed Value?**

Monday, January 4th, 2010

—

Everyone recently recieved a little notice from the County notifying you of your new property value
assessement for 2010.   Below is some really good information if you aren't sure about the value or



**Matt Farnham**
**Realtor**

Years of Experience: 6

CDPE - Certified Distressed Property Expert

**Direct: 702-528-2559**
**Office: 702-719-4663**

Email Me

» About Me » Visit My Website

I am an expert in:
- - Henderson Real Estate

Company Info



RE/MAX Associates
4350 E Sunset Rd, Suite 201
Henderson, NV
702-719-4663

**national stats**

feel the value is higher than your property is truly worth. Read on …

## Property owners need to act swiftly to challenge values

The county recently mailed cards telling people of their assessed values.

Those who disagree with the assessed property value listed on the notice have until Jan. 15 to file an appeal.

The county Board of Equalization decides whether the appeals have merit.

And it sticks to the deadline.

"The deadline is statutory," said Michele Shafe, assistant county assessor. "We're not the ones that picked January 15. The Legislature did that."

Appeals filed late are sent to the district attorney's office to decide whether anything justifies the tardiness, Shafe said. Usually the deadline is upheld.

Some people have accused the county of setting the deadline right after the holidays to sneak tax assessments past residents, she said.

In truth, she said, the early deadline is designed to give counties enough time to wrap up tax-related business, including appeals, before they submit preliminary budgets in April to state tax authorities.

Anyone who wants to appeal should call the assessor's office immediately and request the proper form, said Carole Vilardo, president of the Nevada Taxpayers Association.

"Be sure you have the appeal form sent to you and make sure it's in by the deadline," Vilardo said.

When requesting the form, those seeking an appeal should explain to the worker why they think a discrepancy exists, Vilardo said.

Sometimes an assessor makes an error that can be quickly cleared up, such as listing an extra bedroom or a nonexistent swimming pool, Vilardo said.

Shafe said talking with staffers is truly in the residents' best interest.

In the spring, 4,577 property owners who appealed won a reduction in their property values; 1,452 were denied an adjustment.

Among the winners, 4,228 presented their cases to staff members, Shafe said. A representative then spoke in their behalf to the Board of Equalization.

Homeowners can expect modest savings at best.

Someone with a house worth $100,000 might get the taxes trimmed by $100 if the value is reduced by $10,000 and $300 if it's reduced by $30,000, said Laura Fitzpatrick, county treasurer.

CLICK HERE TO READ ENTIRE ARTICLE write by Scott Wyland, Las Vegas Review-Journal

**For more details about appealing your assessed values, read the booklet**

"Understanding Nevada's Property Tax System," published by the Nevada Taxpayers Association. It can be viewed at: http://www.nevadataxpayers.org

Tags: appeal my taxes, clark county property tax appeal, distressed henderson homeonwer, distressed las vegas homeowner, henderson property tax, henderson tax assessment, las vegas property tax, las vegas tax assessment

Posted in Distressed Homeowners | 1 Comment »



Ask Me a Question

?

Do you have questions you need
Answered?

Name

Email

Have a Question?





**Matt Farnham**
**RealtorLV**

Severe weather impacts home sales
across the nation http://rismedia.com
/2010...
8 days ago

Daylight Savings this weekend ...
Spring Forward ... set clocks ahead
one hour
6 days ago

Available inventory fell below 11,000
units for the first time since July
2005. Homes under contract (C or P)

**twitter**          Join the conversation




**Start Your Home Search**

EXHIBIT 2

EXHIBIT 2

Las Vegas Area Golf Course Homes | Short Sales in Henderson | Henderson Bank Owned Homes

- Home
- About Me
- IRE Main Page



**Search**



Enter email address...



Follow My Blog
Home // Las Vegas / Henderson Resales Continue Surge

Call Me Today !!!
702-528-2559

# Henderson



**Real Estate**

**Henderson Hot Topics**

- Housing Market
- First Time Home...
- Distressed...
- Short Sales
- Bank Owned Homes
- Investment
- Golf Course Homes
- Questions and...



Matt Farnham
Realtor

Years of Experience: 6

CDPE - Certified Distressed Property Expert

**Direct: 702-528-2559**

**Office: 702-719-4663**

Email Me

» About Me » Visit My Website

I am an expert in:

- - Henderson Real Estate

Company Info



RE/MAX Associates
4350 E Sunset Rd., Suite 201
Henderson, NV
702-719-4663

**national stats**

**Market Trends:**

- ☒ Ave. Home Sale: $379,000
- ☒ Ave. Days on Market: 69

## Tags

distressed henderson homeowner distressed las vegas homeowner first time home buyer
First time homebuyer in Henderson first time home buyer in las vegas first time homebuyer
tax credit first time home buyer tax credit foreclosure henderson bank
owned homes Henderson First Time Home Buyer henderson golf course homes
henderson golf home henderson golf homes henderson homeowner henderson home buyer henderson
housing Henderson Housing Market Henderson Real Estate henderson
real estate market henderson reo henderson short sale Housing
Market update how do i short sale investing in henderson real estate investing in las vegas real estate las vegas bank
owned homes Las Vegas First Time Home Buyer las vegas golf home las vegas
golf homes las vegas homebuyer las vegas home buyer las vegas housing Las Vegas
Housing Market Las vegas housing market update las vegas investment Las vegas real
estate Las Vegas Real Estate Market las vegas reo las vegas short
sale move up buyer tax credit short sale in henderson short sale in las vegas southern
nevada short sale what is a short sale

## Search



« Existing Home Sales Jump 7.4% in November 2009 – Las Vegas / Henderson Market update
Las Vegas / Henderson First Time Home Buyers and "Move Up" Buyers »

## Las Vegas / Henderson Resales Continue Surge

Spurred by low prices and extension of the federal tax credit, existing-home sales in Las Vegas
increased 50.8 percent to 3,952 in November, Las Vegas-based Sales- Traq reported Tuesday.

It ended a seven-month streak of sales topping 4,000, but still shows strong demand for home
purchases heading into the traditionally slow holiday period.

The median resale price of $125,000 is down 27.5 percent from the same month a year ago. However, it's a $2,000 bump from the previous month and has been hovering around $125,000 since April.

The new-home segment continues to struggle, though November's 598 escrow closings were the highest monthly total for the year, a decrease of 1.3 percent from a year ago. Median price tumbled 19.4 percent to $198,466, the first time it's been below $200,000 since 2003, SalesTraq reported.

The housing research firm showed 10,459 listings for sale, less than half of the available inventory from a year ago and a 2.6-month supply at the current sales pace.

November home sales rose nationally by 7.4 percent from October and are at the highest level in nearly three years, the National Association of Realtors reported. Sales were bolstered by the $8,000 first-time homebuyer tax credit, which was extended for the first four months of 2010 and expanded to grant a $6,500 credit to move-up buyers.

Existing-home sales rose to a seasonally adjusted annual rate of 6.54 million units in November from 6.09 million in October. Sales rose 44 percent from the 4.54-million-unit pace in November 2008.

Locally, the avalanche of foreclosures predicted for Las Vegas has failed to materialize.

November's 1,477 foreclosures represent a 27 percent decrease from a year ago, the fifth month of the year with declining year-over-year numbers, according to SalesTraq.

December 23, 2009
By HUBBLE SMITH
LAS VEGAS REVIEW-JOURNAL
READ ENTIRE ARTICLE:
http://www.lvrj.com/business/home-resales-surge-in-month-79969307.html

Meet Matt – Click Here

Search all Las Vegas / Henderson Property Listings – Click Here.Ask Me a Question anytime right here on my blog – see right column of blog.

Tags: henderson housing info, henderson housing market update, henderson real estate market, las vegas housing info, Las vegas housing market update, Las Vegas Real Estate Market, real estate market update

Posted on Tuesday, December 29th, 2009 at 3:48 am and is filed under Housing Market. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

## Leave a Reply

..............      Name (required)

..............      Mail (will not be published) (required)

..............      Website

EXHIBIT 3

EXHIBIT 3

# reviewjournal.com

**Powered by**   **Clickability**

## 🖨 PRINT THIS

🖨 **Click to Print**

Jan. 12, 2010
Copyright © Las Vegas Review-Journal

# Home sales finish strong in '09

## Transactions rise 37 percent in December; inventory falls below 20,000

BY HUBBLE SMITH
LAS VEGAS REVIEW-JOURNAL

The Las Vegas housing market ended 2009 with a trend of declining inventory and increasing sales, December statistics from the Greater Las Vegas Association of Realtors showed.

Realtors sold 3,472 single-family homes in Las Vegas in December, a 36.9 percent increase from December 2008, the association reported.

Including condos and townhomes, home sales totaled 46,879 in 2009, compared with 28,618 the previous year. It was second only to 2004, when 71,963 homes were sold in Southern Nevada.

The median home price fell 22.3 percent to $136,000, while inventory of homes on the market declined 11 percent to 19,707.

"Looking back, I think it's safe to say that this past decade was a challenging period for the local housing market, as well as for the Las Vegas economy," said Rick Shelton, president of the Realtors association. "I can't imagine this new decade being anything like the one we just experienced. For 2010, we're anticipating a more stable housing market."

There were 776 condo and townhome sales in December, up 70.5 percent from the same month a year ago. The median price fell 27.4 percent to $65,300.

Forty percent of December's home sales were purchased with cash, most of them on the lower end of the market. Sixty percent were bank-owned, down from two-thirds in the beginning of the year.

Mark Stark, owner-broker of Prudential Americana in Las Vegas, said his office closed about 9,000 transactions in 2009, compared with about 6,000 in 2008.

"First of all, the tax credits are huge," Stark said of the $8,000 rebate for first-time home buyers. "They're certainly creating a lot of buzz, so we'll see if that gets extended. The other aspect is if you look at the segment where the business is coming from, a majority is in the low end. Look at how many of those 46,000 sales were under $100,000, and it's a big number."

Average sales price for Prudential Americana's closings dropped from $440,000 to $165,000 in the past 18 months, he said. Homes that once sold for $300,000 and appreciated to $1 million will continue to experience steep declines.

"I don't see a lot of changes for next year," Stark said. "I don't see a glut of REOs

(foreclosures) hitting the market. I see short sales increasing dramatically."

Nearly 70 percent of listings in Las Vegas are short sales, or homes offered for less than the mortgage balance, which requires bank approval.

The number of single-family homes listed for sale without pending or contingent offers rose slightly in December to 8,405, according to Realtor statistics. Condos and townhomes for sale without an offer declined to 4,576 units.

The value of all single-family homes sold through the Multiple Listing Service in December rose 9.5 percent from a year ago to nearly $559 million.

Some of the older, established neighborhoods in Las Vegas have seen a significant rebound in prices, said Paul Bell, president-elect of the Realtors association. He specifically referred to the area around Charleston and Oakey boulevards, west of Interstate 15.

Bell had three offers on short sales over the weekend from VA buyers with $1 down. More military retirees will come with the phased opening of the VA hospital in North Las Vegas, he said.

Statistics from the Greater Las Vegas Association of Realtors are based on data collected from the Multiple Listing Service and do not necessarily account for sale by owners, homebuilders and transactions not involving a Realtor.

Forrest Barbee, Prudential broker and GLVAR board member, predicted that 2010 will bring a "more efficient climate" for conducting short sales and loan modifications. The Home Affordability Financing Alternatives will pave the way for a more streamlined short-sale process, he said.

"Banks have not been truly motivated to work on them expeditiously and, as a result, they have taken anywhere from six months to 18 months to complete," he said. "The lengthy time frames have also led to unusually high fallout rates in those escrows."

Contact reporter Hubble Smith at hsmith@reviewjournal.com or 702-383-0491.

Find this article at:
http://www.lvrj.com/business/home-sales-finish-strong-in-09-81210477.html

Click to Print

☐ Check the box to include the list of links referenced in the article.

SAVE THIS | EMAIL THIS | Close

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

2/10/2010 12:11 PM

EXHIBIT 4

EXHIBIT 4

Type of Work:          Text

Registration Number / Date:
                       TX0007120555 / 2010-03-29

Application Title: Home sales finish strong in '09. Transactions rise 37
                   percent in December; inventory falls below 20,000.

Title:             Home sales finish strong in '09. Transactions rise 37
                   percent in December; inventory falls below 20,000.

Description:       Print material, 2 p.

Copyright Claimant:    Righthaven LLC, Transfer: By written agreement.

Date of Creation: 2010

Date of Publication:
                   2010-01-12

Nation of First Publication:
                   United States

Authorship on Application:
                   Stephens Media LLC, employer for hire; Domicile: United
                   States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                   Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                   Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                   States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:    C.O. correspondence.

Names:             Stephens Media LLC
                   Righthaven LLC

EXHIBIT 5

EXHIBIT 5

 inside

Call Me Today !!!
702-528-2659

Enter email address...



Henderson

## ASK ME A QUESTION

Do you have questions you need
Answered?



Name

Email

Have a Question?



« Buying a Bank Owned (REO) Home in Las Vegas / Henderson, NV
Feds suspend anti-flipping rule! Great news for Buyers and Investors in Las Vegas / Henderson!
»

## Las Vegas / Henderson Real Estate Update: Home Sales finish strong in 2009

**TRANSACTIONS RISE 37% IN DECEMBER, INVENTORY FALLS BELOW 20,000**

The Las Vegas housing market ended 2009 with a trend of declining inventory and increasing sales, December statistics from the Greater Las Vegas Association of Realtors showed.

Realtors sold 3,472 single-family homes in Las Vegas in December, a 36.9 percent increase from December 2008, the association reported.

Including condos and townhomes, home sales totaled 46,879 in 2009, compared with 28,618 the previous year. It was second only to 2004, when 71,963 homes were sold in Southern Nevada.

The median home price fell 22.3 percent to $136,000, while inventory of homes on the market declined 11 percent to 19,707.

"Looking back, I think it's safe to say that this past decade was a challenging period for the local housing market, as well as for the Las Vegas economy," said Rick Shelton, president of the Realtors association. "I can't imagine this new decade being anything like the one we just experienced. For 2010, we're anticipating a more stable housing market."

There were 776 condo and townhome sales in December, up 70.5 percent from the same month a year ago. The median price fell 27.4 percent to $65,300.

Forty percent of December's home sales were purchased with cash, most of them on the lower end of the market. Sixty percent were bank-owned, down from two-thirds in the beginning of the



**MATT FARNHAM**
A Winning Approach to Your Move

Matt Farnham
Realtor
Years of Experience: 6

CDPE Certified
Distressed Property Expert

Direct: 702-528-2659
Office: 702-719-6000
Email Me

» About Me
» View My Website

I am an expert in:
» Henderson Real Estate

**I am an expert in:**
Henderson Real Estate

**Company Info**



RE/MAX Associates
4350 E Sunset Rd, Suite
201
Henderson, NV
702-718-0803

**national stats**

Market Trends:
* Avg Home Sale: $279,000
* Avg Days on Market: 69

**Tags**

distressed henderson
homeowner
distressed las
vegas homeowner
first time home
buyer first time
homebuyer ip
henderson first time
home buyer in las vegas
first time
homebuyer tax
credit first time
home buyer tax
credit henderson
henderson

Forty percent of December's home sales were purchased with cash, most of them on the lower end of the market. Sixty percent were bank-owned, down from two-thirds in the beginning of the year.

Mark Stark, owner-broker of Prudential Americana in Las Vegas, said his office closed about 9,000 transactions in 2009, compared with about 6,000 in 2008.

"First of all, the tax credits are huge," Stark said of the $8,000 rebate for first-time home buyers. "They're certainly creating a lot of buzz, so we'll see if that gets extended. The other aspect is if you look at the segment where the business is coming from, a majority is in the low end. Look at how many of those 46,000 sales were under $100,000, and it's a big number."

READ ENTIRE ARTICLE WRITTEN BY HUBBLE SMITH, LAS VEGAS REVIEW JOURNAL — Click here
Published January 12, 2009

Please contact me directly with any questions about this information or any other questions you have about the real estate market.
(702) 528-2550 - cell
MattFarnham@remax.net — email
www.MattFarnham.com — web

Tags: buying a home in henderson, buying a home in las vegas, henderson bank owned homes, Henderson First Time Home Buyer, henderson housing, Henderson Real Estate, henderson reo, henderson short sale, Housing Market update, las vegas bank owned homes, Las Vegas First Time Home Buyer, las vegas housing, las vegas real estate, las vegas reo, las vegas short sale

Posted on Thursday, January 14th, 2010 at 12:17 pm and is filed under Housing Market. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

## One Response to "Las Vegas / Henderson Real Estate Update: Home Sales finish strong in 2009"

Tweets that mention Las Vegas / Henderson Real Estate Update: Home Sales finish strong in 2009 -- Topsy.com says:
January 14, 2010 at 10:32 pm
[...] This post was mentioned on Twitter by Matt Farnham and Barbara Zucker, Inside Real Estate. Inside Real Estate said: Real Estate Update: Las Vegas / Henderson Real Estate Update: Home Sales finish strong in 2009 http://ow.ly/16f15m [...]

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

FEDS SUSPEND ANTI-FLIPPING RULE! Great news for buyers and investors! New blog:
http://tinyurl.com/y8crp...
61 days ago

GREAT day of football! Who else wants to see Favre vs Manning in the Super Bowl ... that would be awesome!
60 days ago

New blog post: Can loan

Start Your Home Search

RECENTLY ASKED QUESTIONS

ARCHIVES
* February 2010

MARKET RECAP

Las Vegas Area Golf Course Homes | Short Sales in Henderson | Henderson Bank Owned Homes

- Home
- About Me
- IRE Main Page



**Search**

Follow My Blog

Home // Las Vegas / Henderson Real Estate Update: Home Sales finish strong in 2009

Enter email address...



**Henderson**

Call Me Today !!!
702-528-2559

**Real Estate**

**Henderson Hot Topics**

- Housing Market
- First Time Home...
- Distressed...
- Short Sales
- Bank Owned Homes
- Investment
- Golf Course Homes
- Questions and...



**MATT FARNHAM**
A Winning Approach to Your Move

**Matt Farnham**
**Realtor**

Years of Experience: 6

CDPE - Certified Distressed Property Expert

**Direct: 702-528-2559**

**Office: 702-719-4663**

Email Me

» About Me » Visit My Website

I am an expert in:

- - Henderson Real Estate

Company Info



RE/MAX Associates
4350 E Sunset Rd, Suite 201
Henderson, NV
702-719-4663

**national stats**

Market Trends:

- ⇘ Ave. Home Sale: $379,000
- ⇘ Ave. Days on Market: 69

## I

## Tags

distressed homeowner distressed las vegas homeowner first time home buyer first time homebuyer in Henderson first time home buyer in las vegas first time homebuyer tax credit first time home buyer tax credit foreclosure henderson bank owned homes Henderson First Time Home Buyer henderson golf course homes henderson golf home henderson golf homes henderson homebuyer henderson home buyer henderson housing Henderson Housing Market Henderson Real Estate henderson real estate market henderson reo henderson short sale Housing Market update how do i short sale investing in henderson real estate investing in las vegas real estate las vegas bank owned homes Las Vegas First Time Home Buyer las vegas golf home las vegas golf homes las vegas homebuyer las vegas home buyer las vegas housing Las Vegas Housing Market las vegas housing market update las vegas investment las vegas real estate Las Vegas Real Estate Market las vegas reo las vegas short sale move up buyer tax credit short sale short sale in henderson short sale in las vegas southern nevada short sale what is a short sale

### Search



« Buying a Bank Owned (REO) Home in Las Vegas / Henderson, NV
Feds suspend anti-flipping rule! Great news for Buyers and Investors in Las Vegas / Henderson! »

## Las Vegas / Henderson Real Estate Update: Home Sales finish strong in 2009

**TRANSACTIONS RISE 37% IN DECEMBER, INVENTORY FALLS BELOW 20,000**

The Las Vegas housing market ended 2009 with a trend of declining inventory and increasing sales, December statistics from the Greater Las Vegas Association of Realtors showed.

Realtors sold 3,472 single-family homes in Las Vegas in December, a 36.9 percent increase from December 2008, the association reported.

Including condos and townhomes, home sales totaled 46,879 in 2009, compared with 28,618 the previous year. It was second only to 2004, when 71,963 homes were sold in Southern Nevada.

The median home price fell 22.3 percent to $136,000, while inventory of homes on the market declined 11 percent to 19,707.

"Looking back, I think it's safe to say that this past decade was a challenging period for the local housing market, as well as for the Las Vegas economy," said Rick Shelton, president of the Realtors association. "I can't imagine this new decade being anything like the one we just experienced. For 2010, we're anticipating a more stable housing market."

There were 776 condo and townhome sales in December, up 70.5 percent from the same month a year ago. The median price fell 27.4 percent to $65,300.

Forty percent of December's home sales were purchased with cash, most of them on the lower end of the market. Sixty percent were bank-owned, down from two-thirds in the beginning of the year.

Mark Stark, owner-broker of Prudential Americana in Las Vegas, said his office closed about 9,000 transactions in 2009, compared with about 6,000 in 2008.

"First of all, the tax credits are huge," Stark said of the $8,000 rebate for first-time home buyers. "They're certainly creating a lot of buzz, so we'll see if that gets extended. The other aspect is if you look at the segment where the business is coming from, a majority is in the low end. Look at how many of those 46,000 sales were under $100,000, and it's a big number."

READ ENTIRE ARTICLE WRITTEN BY HUBBLE SMITH, LAS VEGAS REVIEW JOURNAL –
<u>Click here</u>
Published January 12, 2009

**Please contact me directly with any questions about this information or any other questions you have about the real estate market.**
**(702) 528-2559 - cell**
**MattFarnham@remax.net – email**
**www.MattFarnham.com – web**

Tags: buying a home in henderson, buying a home in las vegas, henderson bank owned homes, Henderson First Time Home Buyer, henderson housing, Henderson Real Estate, henderson reo, henderson short sale, Housing Market update, las vegas bank owned homes, Las Vegas First Time Home Buyer, las vegas housing, las vegas real estate, las vegas reo, las vegas short sale

Posted on Thursday, January 14th, 2010 at 12:17 pm and is filed under Housing Market. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

## One Response to "Las Vegas / Henderson Real Estate Update: Home Sales finish strong in 2009"

1. ![icon]
   *Tweets that mention Las Vegas / Henderson Real Estate Update: Home Sales finish strong in 2009 -- Topsy.com says:*
   January 14, 2010 at 10:32 pm

## Leave a Reply

[...] This post was mentioned on Twitter by Matt Farnham and Barbara Zucker, Inside Real Estate. Inside Real Estate said: Real Estate Update: Las Vegas / Henderson Real Estate Update: Home Sales finish strong in 2009 http://ow.ly/16l15m [...]

Name (required)

Mail (will not be published) (required)

Website

Ask Me a Question

?

Do you have questions you need
Answered?

Have a Question?

Name

Email

Type the two words: