STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>MATT FARNHAM, an individual; and OMNIA ALLIANCE LLC, a Utah limited liability company,<br><br>Defendant. | Case No.:  2:10-cv-00539-LDG-RJJ<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Wednesday, April 14, 2010 for copyright infringement against Matt Farnham ("Mr. Farnham") and Omnia Alliance LLC ("Omnia"). Righthaven and the defendants, collectively Mr. Farnham and Omnia, have agreed to settle the matter by a written agreement.

    Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

//

//

//

Dated this nineteenth day of May, 2010.

        RIGHTHAVEN LLC

        By: /s/ J. Charles Coons
        STEVEN A. GIBSON, ESQ.
        Nevada Bar No. 6656
        J. CHARLES COONS, ESQ.
        Nevada Bar No. 10553
        9960 West Cheyenne Avenue, Suite 210
        Las Vegas, Nevada 89129-7701
        Attorneys for Plaintiff